B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### For The District of South Carolina (Charleston)

In re:  Case No. 19-03071-jw

DARELL LARMARK HOLLINGTON

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust | U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services, LLC
P.O. Box 55004 Irvine, CA 92619-2708

Court Claim # (if known): 5
Amount of Claim: 151,008.12
Date of Claim Filed: 08/13/2019

Phone: 888-504-6700
Last Four Digits of Acct #: 6682

Phone:
Last Four Digits of Acct #: 6682

Name and Address where transferee payments should be sent (if different than above):
Rushmore Loan Management Services, LLC
P.O. Box 52708 Irvine, CA 92619-2708

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti as "Authorized Representative of Creditor"
    Date: May 8, 2023
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.